UNITED STATES WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

Jeremy and Britany Simmons, et al.      )
                                        )      Case No. 6:21-cv-03012-MD
        Plaintiffs                      )
                                        )
v.                                      )
                                        )
Midwestern Pet Foods, Inc. and          )
Nunn Milling Company                    )
                                        )
        Defendants                      )

**<u>NOTICE OF REMOTE VIDEOTAPED DEPOSITION</u>**

**TO:   DEFENDANTS AND/OR THEIR COUNSEL OF RECORD.**

   **PLEASE TAKE NOTICE** that Plaintiffs, by and through their undersigned attorney, will take the oral deposition of the following persons, whom Defendant is requested to produce, before a Court Reporter, or other officer authorized by law to administer oaths.  The deposition will take place remotely with a Zoom link sent to all participating parties.

| **<u>NAME</u>** | **<u>DATE</u>** | **<u>TIME</u>** |
| --- | --- | --- |
| Juan Dominquez | December 13, 2022 | 9:30 a.m. |
| Mandi Druso | December 13, 2022 | 1:30 p.m. |
| Warren Hill | January 5, 2023 | 9:30 a.m. |
| George Collings | January 5, 2023 | 1:30 p.m. |

   If said deposition is not completed on the stated day, it will be continued from day to day, at the same place, between the hours of 9:00 a.m. and 4:30 p.m. until completed.

   The depositions will be videotaped and stenographically recorded by Metropolitan Court Reporters. Such deposition is intended to be used for lawful and proper purpose, including use at trial as evidence.

1

Respectfully Submitted,

THE POPHAM LAW FIRM, P.C.

/s/ Mark Schloegel
MARK SCHLOEGEL KS#26349 MO#58870
712 Broadway, Suite 100
Kansas City, Missouri 64105
Phone (816)512-2626
Fax (816)221-3999
mark@pophamlaw.com

ATTORNEY FOR PLAINTIFFS


## CERTIFICATE OF SERVICE

The undersigned hereby certifies this 5th day of December, 2022 that the above and

foregoing was served via ECF filing to all parties of record.

/s/ Mark Schloegel
Attorney for Plaintiffs