**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JEREMY SIMMONS,** *individually and on behalf* ) *of a class of similarly situated individuals,* ) **BRITTANY SIMMONS,** *individually and on* ) *behalf of a class of similarly situated individuals,* ) **ISAAC TILDEN, KEVIN KACHMARYK,** ) **STEVE COBB, HIRAM HENSON,** ) **MEGAN TITUS, TARA BAKER,** ) **AARON MARTIN, KAREN RICHEY,** and ) **TIFFANY CARLSON,** *as Intervenor Plaintiff,* ) ) **Plaintiffs,** ) ) **vs.** ) ) **MIDWESTERN PET FOODS, INC.,** and ) **NUNN MILLING COMPANY,** ) ) **Defendants.** ) | Case No.  **6:21-cv-03012-MDH** |

## ORDER FOR STATUS REPORT

The Court previously ordered all discovery stayed until January 2, 2023, and further ordered the parties to mediate this case prior to that date (Dkt. Text Order 88).  The Court was notified by the MAP office that the mediator reported the matter resolved in mediation, subject to final documentation.  The parties have not yet filed a notice of settlement or dismissal.

WHEREFORE, it is ORDERED that the parties are to file a Status Report with this Court on or before March 24, 2023, as to the status of settlement, or file a joint stipulation for dismissal with the Court.

**IT IS SO ORDERED.**

DATED:      March 9, 2023

   */s/ Douglas Harpool*   
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**