# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JEREMY SIMMONS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 6:21-cv-03012-MDH |
| ) | |
| MIDWESTERN PET FOODS, INC., and ) | |
| NUNN MILLING COMPANY, ) | |
| ) | |
| Defendants. ) | |

## JOINT NOTICE OF SETTLEMENT AND STIPULATION
## FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through counsel, and hereby notify the court that they have reached an agreement to resolve this action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal with prejudice of all claims asserted in this action against Defendants. The parties further stipulate that Plaintiffs and Defendants shall bear their own attorney's fees and cost.

Respectfully submitted,

| Counsel for Plaintiffs: | Counsel for Defendants: |
|---|---|
| /s/ Mark Schloegel | /s/ James M. Brodzik |
| The Popham Law Firm | Hinshaw & Culbertson LLP |
| 712 Broadway, Suite 100 | 701 Market Street, Suite 260 |
| Kansas City, Missouri 64113 | St. Louis, Missouri 63101 |
| 816-221-2288 | 314-241-7428 |
| mark@pophamlaw.com | jbrodzik@hinshawlaw.com |