IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JEREMY SIMMONS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 6:21-cv-03012-MDH |
| | ) |
| MIDWESTERN PET FOODS, INC., and | ) |
| NUNN MILLING COMPANY, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Notice of Settlement and Stipulation for Dismissal With Prejudice (Doc. 94) wherein the parties notify the court they have reached an agreement to resolve this action and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), stipulate to the dismissal with prejudice of all claims asserted against Defendants in this action and that each party shall bear their own attorneys' fees and costs.

WHEREFORE, after reviewing the parties' Joint Notice of Settlement and Stipulation for Dismissal With Prejudice, the Court hereby dismisses this case in its entirety, with prejudice, and with each party to bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: March 24, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Douglas Harpool_
　　　　　　　　　　　　　　　　　　　　　　　　　**DOUGLAS HARPOOL**
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**